# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-16072-AMC

AMELIA M. DIBABBO

2823 S. Franklin Street

Philadelphia, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

AMELIA M. DIBABBO

2823 S. Franklin Street

Philadelphia, PA 19148

Counsel for debtor(s), by electronic notice only.

CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Date: 5/11/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee