## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amelia M. DiBabbo<br>                Debtor | CHAPTER 13 |
| Ditech Financial LLC<br>                Movant<br>   vs.<br>Amelia M. DiBabbo<br>                Debtor | NO. 16-16072 AMC<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **October 27, 2016**.

                Respectfully submitted,

                **/s/ Matteo S. Weiner, Esquire**
                Matteo S. Weiner, Esquire
                mweiner@kmllawgroup.com
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Attorneys for Movant
                215-627-1322

July 24, 2017