United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 16-16072-amc
Amelia M. DiBabbo                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR               Page 1 of 1              Date Rcvd: Jun 06, 2018
                               Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             +Amelia M. DiBabbo,   2823 S. Franklin Street,   Philadelphia, PA 19148-5029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              CHRISOVALANTE  FLIAKOS    on behalf of Defendant    Bank of America, N.A. paeb@fedphe.com
              CHRISTIAN A. DICICCO    on behalf of Plaintiff Amelia M. DiBabbo
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Amelia M. DiBabbo
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
              JEROME B. BLANK    on behalf of Defendant    Bank of America, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. mario.hanyon@phelanhallinan.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| AMELIA M. DIBABBO | : | |
| DEBTOR | : | BANKRUPTCY NO. 16-16072-AMC |

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in paragraph 2 less $1,112.00 which was paid by the Debtor pre-petition,** to the extent provided by the terms of the Debtor's Confirmed Chapter 13 Plan.

Dated: __June 6, 2018__      _____
**HONORABLE ASHELY M. CHAN**
United States Bankruptcy Judge

cc:    Christian A. DiCicco, Esquire
       Law Offices of Christian A. DiCicco, LLC
       2008 Chestnut Street
       Philadelphia, PA 19103

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106-0119

Amelia M. DiBabbo
2823 S. Franklin Street
Philadelphia, PA 19148