United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 16-16072-amc
Amelia M. DiBabbo                                                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 1                  Date Rcvd: Jun 17, 2019
                               Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13843810       E-mail/Text: bankruptcy.bnc@ditech.com Jun 18 2019 03:00:47
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    LoanCare, LLC paeb@fedphe.com
              CHRISOVALANTE  FLIAKOS    on behalf of Defendant    Bank of America, N.A. paeb@fedphe.com
              CHRISTIAN A. DICICCO    on behalf of Plaintiff Amelia M. DiBabbo
               cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com;r57075@notify.bestcase.com
              CHRISTIAN A. DICICCO    on behalf of Debtor Amelia M. DiBabbo
               cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com;r57075@notify.bestcase.com
              JEROME B. BLANK    on behalf of Defendant    Bank of America, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. mario.hanyon@phelanhallinan.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16072-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Amelia M. DiBabbo
2823 S. Franklin Street
Philadelphia PA 19148

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/14/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | LoanCare, LLC<br>P.O. Box 8068<br>Virginia Beach, VA 23450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/19/19

Tim McGrath
**CLERK OF THE COURT**