**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                  Case No. 16-16072-amc
                                                                        Chapter 13

AMELIA M. DIBABBO

Debtor(s).

## NOTICE OF APPEARANCE

**MEB Loan Trust IV**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:     */s/ Daniel Jones, Esquire*
        Daniel Jones, Esquire
        Bar No: 321876
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        djones@sterneisenberg.com
        Attorney for Creditor

# **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 14th day of November 2019, to the following:

Christian A. Dicicco
Law Offices of Christina A. DiCicco
2008 Chestnut Street
Philadelphia, PA 19103
cdicicco@myphillybankruptcylawyer.com
*Attorney for Debtor(s)*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter 13 Trustee*

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first-class mail postage prepaid to:

Amelia M. DiBabbo
2823 S. Franklin Street
Philadelphia, PA 19148
*Debtor(s)*


                      By:      */s/Daniel Jones, Esquire*