Certificate Number: 05781-PAE-DE-034554318

Bankruptcy Case Number: 16-16072



05781-PAE-DE-034554318

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2020, at 7:18 o'clock AM PDT, Amelia Dibabbo completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 12, 2020            By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President