**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Amelia M. DiBabbo                              CHAPTER 13
                              Debtor(s)

                                                      BKY. NO. 16-16072 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of LoanCare, LLC and index same on the
master mailing list.


       Respectfully submitted,


   /s/Rebecca Solarz
    Rebecca Solarz
    31 Dec 2020, 12:27:24, EST


    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322

Document ID: 1bb7581a8ca46d3ccf87c78ece59721f086d69a842c54e156f72809a8f084da5