United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-16072-elf |
|---|---|
| Amelia M. DiBabbo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amelia M. DiBabbo, 2823 S. Franklin Street, Philadelphia, PA 19148-5029 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Ditech Financial LLC fka Green Tree Servicing LLC, 14841 Dallas Parkway, Suite 300, DALLAS, TX 75254-7883 |
| cr | + | MEB Loan Trust IV, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 300, Dallas, TX 75254-7883 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 13783494 | + | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 13840826 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 13783496 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13823482 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13783506 | | Ditech Financial LLC, P.O. Box 44265, Jacksonville, FL 32231-4265 |
| 13843810 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 13783510 | + | Everhome Mortgage Co/Ever Bank, Attn: Bankruptcy Department, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 13783512 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13783513 | + | Joseph DiBabbo, 2331 S. Warnock St., Philadelphia, PA 19148-3633 |
| 13804605 | + | Joshua I. Goldman Esquire, c/o Ditech Financial LLC, 701 Market Street ste 5000, Philadelphia Pa 19106-1541 |
| 14345749 | | LOANCARE, LLC, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14378608 | | LoanCare LLC, Jerome Blank, Esq., Id. No.49736, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14342670 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14574257 | + | LoanCare, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14421685 | + | MEB Loan Trust IV, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14426835 | + | MEB Loan Trust IV, c/o DANIEL P. JONES, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14431093 | | MEB Loan Trust IV, c/o Select Portfolio Servicing, Inc., Attn: Remittance Processing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 13799401 | + | Mario J. Hanyon Esquire, c/o Bank of Bank of America, 1617 JFK Boulevard ste 1400, Philadelphia Pa 19103-1814 |
| 13783515 | + | Ocwen Loan Servicing, Attn: Research Dept, 1661 Worthington R Ste 100, West Palm Beach, FL 33409-6493 |
| 13783516 | | Pnc Bank, 249 5th Sve Ste 30, Pittsburgh, PA 15222 |
| 13783517 | | Rymr&flnign, Cscl Dispute Team, Des Moines, IA 50306 |
| 13783518 | | Santander Bank Na, Po Box 841002-ma1-mb3-01, Boston, MA 02884 |
| 14095468 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13783524 | + | TD Auto Financial, Td Auto Finance, Po Box 551080, Jacksonville, FL 32255-1080 |
| 13829062 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 13783525 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 13783526 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 13783527 | + | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 13783528 | | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac#2302-04e Pob 10335, DesMoines, IA 50306 |
| 14072541 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | | |
| | | Mar 17 2021 05:20:00 | City of Philadelphia, City of Philadelphia Law |

Case 16-16072-elf    Doc 60    Filed 03/18/21    Entered 03/19/21 00:51:02    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2021 05:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2021 05:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 04:20:54 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13783493 | + | Email/PDF: cbp@onemainfinancial.com | Mar 17 2021 04:48:27 | American General Financial/Springleaf Fi, Attention: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 13783497 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 04:21:10 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13796802 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 04:21:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13971256 | + | Email/Text: cdicicco@myphillybankruptcylawyer.com | Mar 17 2021 05:19:00 | Christian A. DiCicco, Esq., Law Offices of Christian A. DiCicco, 2008 Chestnut Street, Philadelphia, PA 19103-4535 |
| 13783498 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 04:50:15 | Citibank Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13783499 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 04:50:19 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13783500 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2021 04:21:54 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 13783501 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2021 05:19:00 | Comenity Bank/Fashion Bug, Po Box 182125, Columbus, OH 43218-2125 |
| 13783502 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2021 05:19:00 | Comenity Bank/Pier 1, Po Box 182125, Columbus, OH 43218-2125 |
| 13783503 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2021 05:19:00 | Comenitycapital/overst, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13783504 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2021 04:33:50 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 13841386 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2021 05:19:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13793598 | | Email/Text: mrdiscen@discover.com | Mar 17 2021 05:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13783505 | + | Email/Text: mrdiscen@discover.com | Mar 17 2021 05:19:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13783509 | + | Email/Text: bknotice@ercbpo.com | Mar 17 2021 05:20:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13783514 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2021 05:19:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 13822950 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2021 05:20:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13847728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2021 04:33:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13786418 | | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2021 04:48:49 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL |

Case 16-16072-elf    Doc 60    Filed 03/18/21    Entered 03/19/21 00:51:02    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | 33131-1605 |
| 13783519 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 17 2021 04:48:22 | Syncb/modells, Po Box 965064, Orlando, FL 32896-5064 |
| 13845334 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 17 2021 04:20:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13783520 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 17 2021 04:20:55 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 13783521 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 17 2021 04:48:22 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 13783522 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 17 2021 04:20:56 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 13783523 | + Email/PDF: gecsedi@recoverycorp.com | | Mar 17 2021 04:48:22 | Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |
| 13847649 | + Email/Text: bncmail@w-legal.com | | Mar 17 2021 05:20:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13783511 | | Finance Of America Mor |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | * | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | SPECIALIZED LOAN SERVICING, LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 DALLAS PARKWAY, SUITE 425, DALLAS, TX 75254-8067 |
| 13783495 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13783507 | ##+ | Ditech Financial, LLC, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 13783508 | ##+ | Eastern Account System, 75 Glen Rd Ste 310, Sandy Hook, CT 06482-1175 |

TOTAL: 1 Undeliverable, 7 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 138NEW | Total Noticed: 66 |

**ANDREW L. SPIVACK**
on behalf of Creditor LoanCare LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

**CHRISOVALANTE FLIAKOS**
on behalf of Defendant Bank of America N.A. paeb@fedphe.com

**CHRISTIAN A. DICICCO**
on behalf of Plaintiff Amelia M. DiBabbo cdicicco@myphillybankruptcylawyer.com
christianadicicco@gmail.com;r57075@notify.bestcase.com

**CHRISTIAN A. DICICCO**
on behalf of Debtor Amelia M. DiBabbo cdicicco@myphillybankruptcylawyer.com
christianadicicco@gmail.com;r57075@notify.bestcase.com

**DANIEL P. JONES**
on behalf of Creditor MEB Loan Trust IV djones@sterneisenberg.com  bkecf@sterneisenberg.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com

**JEROME B. BLANK**
on behalf of Defendant Bank of America N.A. paeb@fedphe.com

**JEROME B. BLANK**
on behalf of Creditor LoanCare LLC paeb@fedphe.com

**JOSHUA I. GOLDMAN**
on behalf of Creditor Ditech Financial LLC Josh.Goldman@padgettlawgroup.com
kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

**MARIO J. HANYON**
on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

**MATTEO SAMUEL WEINER**
on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

**REBECCA ANN SOLARZ**
on behalf of Creditor LOANCARE LLC bkgroup@kmllawgroup.com

**ROBERT J. DAVIDOW**
on behalf of Creditor LoanCare LLC robert.davidow@phelanhallinan.com

**THOMAS I. PULEO**
on behalf of Creditor Ditech Financial LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

**THOMAS YOUNG.HAE SONG**
on behalf of Creditor SPECIALIZED LOAN SERVICING LLC paeb@fedphe.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM C. MILLER, Esq.**
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

**WILLIAM C. MILLER, Esq.**
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Amelia M. DiBabbo
    Debtor(s)

Bankruptcy No: 16−16072−elf
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                            For The Court
                                            Timothy B. McGrath
                                            Clerk of Court

Dated: 3/16/21

                                                              59 − 58
                                                          Form 138_new